IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMANN,

        Plaintiff,                   No. CIV S-06-2874 MCE EFB P

    vs.

MARTIN VEAL, et al.,

        Defendants.        <u>ORDER</u>

                              /

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On January 18, 2007, the court dismissed plaintiff's complaint and gave him 30 days to file an amended complaint. On March 7, 2007, the court found that plaintiff had not filed an amended complaint and recommended that this action be dismissed. On March 12, 2007, plaintiff notified the court that he intends to file an amended complaint with the assistance of counsel. The attachments show that he may be a plaintiff in a class action that counsel intends to file in federal court. He therefore requests additional time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

       In the event counsel commences a separate action on plaintiff's behalf and seeks class certification, plaintiff should not pursue a duplicate action in this court. Since it is not clear that this will occur, plaintiff is granted leave to file an amended complaint. However, he must inform

1 the court and voluntarily dismiss this action if he knows that a duplicate one will be filed in order
2 to avoid subjecting defendants to multiple or inconsistent obligations with respect to identical
3 claims.

4     Accordingly, it is hereby ORDERED that:

5     1.  The March 7, 2007, findings and recommendations are vacated;

6     2.  Plaintiff's Plaintiff's March 12, 2007, request is granted; and,

7     3. Plaintiff has 30 days from the date this order is served to file a first amended
8 complaint.

9 Dated:   March 20, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE