IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMAN,

      Plaintiff,                                No. CIV S-06-2874 MCE EFB P

     vs.

MARTIN VEAL, et al.,

      Defendants.                        <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On December 21, 2006, plaintiff filed an application for leave to proceed *in forma pauperis*. On January 18, 2007, the court granted plaintiff's request, and directed him to make an initial payment of $.61, i.e., sixty-one cents. On March 12, 2007, plaintiff filed a motion for reconsideration upon the ground that the court ordered him to make an initial payment of $61.00.

      A magistrate judge's order is final ten (10) court days from the date it is served on the parties. L. R. 72-303(b). The order filed January 18, 2007, also was served on that date. By the time plaintiff filed his March 12 motion, more than ten court days had passed since the order was served. Therefore, the order is final and the court will not reconsider it.

////

1     Accordingly, it is ORDERED that plaintiff's March 12, 2007, motion for reconsideration
2 is denied.
3 Dated: March 20, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE