IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMANN,

        Plaintiff,                    No. CIV S-06-2874 MCE EFB P

    vs.

MARTIN VEAL, et al.,

        Defendants.              FINDINGS AND RECOMMENDATIONS

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On January 18, 2007, the court dismissed plaintiff's complaint for failure to state a claim. The order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed for failure to state a claim. On March 7, 2007, the court found that plaintiff had not filed an amended complaint and recommended that this action be dismissed. On March 12, 2007, plaintiff notified the court that he intended to file an amended complaint with the assistance of counsel. On March 20, 2007, the court vacated the findings and recommendations and gave plaintiff an additional 30 days to file an amended complaint.

////

1  The 30-day period has expired and plaintiff has not filed an amended complaint or
2  otherwise responded to the order.
3  Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to
4  state a claim.  *See* 28 U.S.C. § 1915A.
5  These findings and recommendations are submitted to the United States District Judge
6  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days
7  after being served with these findings and recommendations, any party may file written
8  objections with the court and serve a copy on all parties.  Such a document should be captioned
9  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
10 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
11 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
12 Dated:  May 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE