UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

**FILED**

AUG - 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

| | |
|---|---|
| CHARLES NEUMANN, aka Keith Neuman,<br><br>    Plaintiff - Appellant,<br><br> V.<br><br>MARTIN VEAL, Warden; et al.,<br><br>    Defendants - Appellees. | No. 07-16322<br>D.C. No. CV-06-02874-MCE/EFB<br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [✓]

Explanation: Appellant has repeatedly failed to state a cause of action. He feels the Magistrate Judge should amend his complaint for him to state a claim.

_____
Judge
United States District Court

Date: 8·6·07