IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMANN,

     Plaintiff,                      No. CIV S-06-2874 MCE EFB P

    vs.

WARDEN MARTIN VEAL, et al.,

     Defendants.                 ORDER

_____/

     Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants request an extension of time to file and serve a response to the complaint. *See* Fed. R. Civ. P. 6(b).

     Defendants' June 11, 2008, request is granted and defendants have 20 days from the date this order is served to file and serve a response to the complaint.

     So ordered.

Dated: July 7, 2008.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE