IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMANN,

    Plaintiff,                        No. CIV S-06-2874 MCE EFB P

    vs.

WARDEN MARTIN VEAL, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action.

        The United States Marshal has returned process directed to defendants Tyler and Higgins unserved. A notation on the bottom of the USM-285 form mailed to defendant Tyler says that it was "returned per facility." *See* Dckt. # 35. Higgins could not be served because "per facility - not employed, no address," and "per CDC locator not in database." *See* Dckt. # 36. Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of

1

good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff two forms USM-285 and a copy of the pleading filed November 21, 2006;

2. Within 60 days from the date this order is served, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendants Tyler and Higgins and three copies of the endorsed pleading provided to plaintiff.

3. Failure to provide new instructions for service of process upon defendants Tyler and Higgins within the time allowed or show good cause for such failure will result in a recommendation that this action be dismissed as to those defendants.

Dated: July 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMAN,

        Plaintiff,                    No. CIV S-06-2874 MCE EFB P

    vs.

MARTIN VEAL, et al.,

        Defendants.             NOTICE OF SUBMISSION
                                                OF DOCUMENTS
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

        <u> One </u>      completed summons

        <u> Two </u>      completed USM-285 forms

        <u> Three </u>   copies of the <u> December 21, 2006 </u>
                                                    Complaint

DATED:

                                                                            _____
                                                                            Plaintiff