IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMANN,

    Plaintiff,                           No. CIV S-06-2874 MCE EFB P

    vs.

MARTIN VEAL, et al.,

    Defendants.                     <u>ORDER</u>

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 25, 2008, defendants requested a second extension of time to file and serve a response to the complaint. *See* Fed. R. Civ. P. 6(b). On August 4, 2008, defendants filed their response.

        Defendants' July 25, 2008, request is granted and defendants' August 4, 2008, motion to dismiss is deemed timely. Plaintiff shall file his opposition within 30 days.

        So ordered.

Dated: August 5, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE