IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMANN,

    Plaintiff,                               No. CIV S-06-2874 MCE EFB P

    vs.

MARTIN VEAL, et al.,

    Defendants.                     <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to defendants' August 4, 2008, motion to dismiss. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's August 21, 2008, motion is granted and plaintiff has 30 days from the date this order is served to file and serve an opposition.

      So ordered.

DATED: August 27, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE