IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMAN,

      Plaintiff,                         No. CIV S-06-2874 MCE EFB P

    vs.

MARTIN VEAL, et al.,

      Defendants.            ORDER

                            /

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Plaintiff has requested a second extension of time to file and serve an opposition to the August 4, 2008, motion to dismiss. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's October 1, 2008, request is granted and plaintiff has 20 days from the date this order is served to file and serve an opposition to the motion to dismiss. The court does not intend to grant additional requests for extensions of time.

      So ordered.

Dated: October 8, 2008.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE