IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMANN,

    Plaintiff,                  No. CIV S-06-2874 MCE EFB P

    vs.

WARDEN MARTIN VEAL, et al.,

    Defendants.             ORDER

_____/

    Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Currently pending is plaintiff's September 12, 2008, motion for an extension of time, in which he seeks additional time to provide instructions for service of process upon defendants Tyler and Higgins. *See* Fed. R. Civ. P. 6(b).

    On July 11, 2008, the court gave plaintiff 60 days to submit the materials for service of process. Plaintiff filed his request for additional time on September 12, and filed the notice of submission of documents on September 25, 2008.

    Plaintiff's September 12, 2008, request is granted and the September 25, 2008, notice of submission of documents is accepted as timely filed.

    So ordered.

DATED: October 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE