1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES NEUMANN,

11              Plaintiff,                    No. CIV S-06-2874 MCE EFB P

12         vs.

13   MARTIN VEAL, et al.,

14              Defendants.                   ORDER

15   _____/

16         Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17   *See* 42 U.S.C. § 1983.  On August 4, 2008, defendants Veal, Cry, Silbaugh and Smith moved to

18   dismiss for failure to exhaust and failure to state a claim upon which relief can be granted. *See*

19   Fed. R. Civ. P. 12(b) & 12(b)(6).  On August 5, 2008, the court deemed defendants' motion to

20   dismiss timely and directed plaintiff to file an opposition within thirty days.  On August 27, 2008

21   and October 8, 2008, the court granted plaintiff further extensions of time within which to file

22   his opposition.  The October 8, 2008, order warned plaintiff that the court did not intend to grant

23   additional requests for extensions of time.  The 20-day period in the October 8, 2008, order has

24   expired and plaintiff has not filed an opposition or a statement of no opposition.

25         A responding party's failure "to file written opposition or to file a statement of no

26   opposition may be deemed a waiver of any opposition to the granting of the motion and may

                                              1

result in the imposition of sanctions." *Ibid.* Furthermore, a party's failure to comply with any order or with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 11-110.  The court may recommend that an action be dismissed with or without prejudice, as appropriate, if a party disobeys an order or the Local Rules.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1252 (9th Cir. 1992) (district court did not abuse discretion in dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule regarding notice of change of address affirmed);

On April 9, 2008, the court advised plaintiff of the requirements for filing an opposition to the motion, that failure to oppose such a motion may be deemed a waiver of opposition to the motion and that failure to comply with the Local Rules may result in a recommendation of dismissal.

Accordingly, it is hereby ORDERED that, within 15 days of the date this order is signed, plaintiff shall file either an opposition to the motion to dismiss or a statement of no opposition. No further extensions of time will be granted.  Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  November 12, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE