IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMANN,

    Plaintiff,                       No. CIV S-06-2874 MCE EFB P

    vs.

WARDEN MARTIN VEAL,
et al.,

    Defendants.                 <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 13, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.[1]

---

[1] Although it appears from the file that plaintiff's copy of the findings and recommendations was returned marked "paroled," plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 13, 2009, are adopted in full;

2. Defendants' August 4, 2008, motion to dismiss, construed as a motion for summary judgment, is granted;

3. Judgment is entered in defendants' favor; and,

4. The Clerk is directed to close the case.

Dated: March 30, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

Local Rule 83-182(f), service of documents at the record address of the party is fully effective.